# EXHIBIT C

| | |
|---|---|
| United States of America,<br><br>    *Plaintiff*,<br>v.<br><br>DAVID M. SCANLAN in his official capacity as Secretary of State for the State of New Hampshire, and the STATE OF NEW HAMPSHIRE,<br><br>    *Defendants*. | Case No. 1:25-cv-00371-AJ |

# DECLARATION OF ROBERT "BOB" PERRY

1. I am a citizen of the United States, am competent to testify, and make this declaration based on my personal knowledge of the facts set forth below.

2. I am a resident of, and am registered to vote, in Strafford, New Hampshire.

3. From 2006 to 2010, and again from 2011 to 2014, I served in the New Hampshire House of Representatives as a member from the Strafford 3 District. During my time in the legislature, I served as a member of the House Committee on Election Law.

4. Since my time in the legislature, I have volunteered my time with Open Democracy, and Open Democracy Action, organizations committed to preserving a government accountable to the people and with political equality for all. I am currently the Vice Chair of Open Democracy Action. My work at Open Democracy Action focuses on preserving voting rights, bolstering government and campaign finance transparency, and ensuring fair redistricting in New Hampshire.

5. My time in the legislature gave me an acute appreciation for the role that privacy plays in New Hampshire's elections. In particular, my time on the election law committee taught me that New Hampshire residents have a strong expectation that, when they give their private

information to local and state officials, such information will be carefully guarded and only used for specified purposes. In the legislature, I was a consistent champion for voter privacy, including by working to defeat a bill that would have allowed ballots to be inspected by the general public post election. When working as a volunteer with Open Democracy Action I testified against a bill that would have made individual ballots traceable and identifiable after election day. Both of these proposals I considered to be critical threats to the right to vote secretly.

6. Consistent with that political culture, New Hampshire has exceptionally strict laws when it comes to preserving the privacy of voter information. Indeed, such privacy rights are literally built into our Constitution, which guarantees as a right to live free of government intrusion and to preserve the privacy of personal information. Our Constitution deems these rights "natural, essential, and inherent." Similarly, New Hampshire has strong protections for voter privacy in statute, making clear that "the voter database shall be private and confidential." RSA 654:45(VI).

7. I understand that the federal Department of Justice has filed this suit to obtain New Hampshire's complete and unredacted statewide voter registration list, including the driver's license numbers, dates of birth and at least partial social security numbers of all registered voters in the state. The federal Department of Justice is seeking this information notwithstanding that New Hampshire's Constitution and laws clearly forbid public disclosure of these records.

8. Based on my time as an elected official, and specifically as a member of the election law committee, I am very concerned that the Department's actions will undermine faith in the election system in New Hampshire. New Hampshire voters of all stripes place great value in privacy; indeed, that is why our Constitution uniquely protects personal information. When Granite Staters register to vote, they fully expect that their personal information will be used by local and state officials—it would upset many New Hampshire residents to learn that their

information is in fact available at a moment's notice to the federal Department of Justice. I share these concerns personally—as a former elected official who is vocally opposed to many of this administration's policies, I strongly object to the Department of Justice collecting information like my driver's license number. Simply put, I do not trust the current federal Department of Justice with such information.

9. My concerns are not abstract or academic. Based on my experience, federal intrusion in New Hampshire's electoral system will very likely discourage residents from registering to vote and from participating in the electoral process. It will further discourage the sort of civic engagement work that Open Democracy and Open Democracy Action perform, as many volunteers and activists fear retaliation from the current federal administration, which has stoked a political climate where many ordinary individuals fear that speaking out and expressing their views will result in adverse consequences.

10. I have read with alarm news reports about how members of the current administration have weaponized personal data to punish opponents, and about disturbing privacy breaches, such as a recent instance where the government released extensive, largely unredacted information about a current gubernatorial candidate in New Jersey. Indeed, there have been widespread reports about the federal government either misusing personal information—such as improperly appropriating IRS information for immigration proceedings—or simply storing it in a careless manner, as reflected by widespread reports of shoddy maintenance of Social Security numbers by DOGE. For all these reasons, I am deeply distressed by the prospect that the sensitive personal information of every single New Hampshire voter—including me—will be at the disposal of the current Department of Justice.

11. New Hampshire's elections work well. They do so in large part because ordinary voters trust their local officials and have faith that their sensitive personal data will be treated with respect. The current effort by the federal Department of Justice to collect all this data indiscriminately, and for unclear purposes, will prove hugely disruptive to this trust and thus will deeply harm New Hampshire's successful electoral system. As a former legislator responsible for our state's electoral system, I feel duty bound to speak out against such efforts—both for the sake of my own personal information and the sake of all other New Hampshire voters.

12. I declare under the penalty of perjury that the foregoing is true and correct.

Executed: 9/30/2025

*Mr. Bob Perry*
_____
Mr. Bob Perry