# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America,<br><br>  *Plaintiff*,<br>v.<br><br>DAVID M. SCANLAN in his official capacity as Secretary of State for the State of New Hampshire, and the STATE OF NEW HAMPSHIRE,<br><br>  *Defendants*. | Case No. 1:25-cv-00371-AJ |

### **DECLARATION OF LOUISE SPENCER**

1. I am a citizen of the United States, am competent to testify, and make this declaration based on my personal knowledge of the facts set forth below.

2. I live in Concord, New Hampshire and am registered to vote in Concord. I view voting as a core civic responsibility and make sure to educate myself and vote in nearly every election in which I am eligible to participate.

3. I am also civically engaged beyond voting. I am a co-founder of Kent Street Coalition ("Kent Street"), an all-volunteer grassroots community organization focused on, among other things, helping to ensure that all New Hampshire voters are able to engage in politics in a meaningful way at the local level. To that end, Kent Street organizes working groups of volunteers in different policy areas, and also organizes action teams that engage in canvassing, community outreach, letter writing and postcard campaigns, as well as citizen advocacy efforts on legislation here in New Hampshire.

4. A key component of Kent Street's mission—and one about which I am especially passionate—is preserving democracy and the right to vote. To that end, I have often helped Kent

Street organize groups of volunteers to advocate, campaign, and organize around legislation here in New Hampshire that we view as hostile to the right to vote and access the ballot box. I have also helped Kent Street organize volunteers to educate voters about such legislation, both when it is pending and also once it is enacted. For example, a major task at Kent Street right now is to educate voters about New Hampshire's new voter ID and proof of citizenship law, which has caused widespread confusion among voters. I am deeply involved in these efforts and have testified at the General Court regarding anti-voter measures that has been enacted or considered by the legislature.

5. As part of my advocacy and lobbying efforts on voting-related bills, I have often formally declared my opposition by "signing in"—the process by which members of the public register their name in the records of the General Court in support of or in opposition to a bill. In recent months, Kent Street volunteers who did the same or are contemplating taking public positions on voting bills coming up in the next session have expressed concern to me that their public opposition to these bills has or will mark them as opponents of the presidential administration's anti-voting agenda. These are not fears that I had heard before, but they are becoming increasingly common, and in the current climate, I understand and share them.

6. In addition to my volunteer work with Kent Street, I have also served as a poll observer in numerous elections. In that role I have watched as election workers diligently guided voters through the registration process. While voters have been willing to share personal information with poll workers, many have clearly been worried about exposing that information and have lowered their voices when reciting identifying information or glanced around to ensure that no one but poll workers could see their registration documentation. These experiences emphasized to me that New Hampshire voters value and rely upon our state's strong privacy protections for voters, a sentiment I also share.

7.      I understand that the Department of Justice has recently sued New Hampshire and our Secretary of State to obtain complete, unredacted voter registration history of all voters in the state, including their driver's license numbers, partial social security numbers, and dates of birth.

8.      If the Department of Justice is successful in obtaining this information, it will harm me personally as a New Hampshire voter who does not wish for her sensitive voter registration information to be disclosed to the federal government, particularly since New Hampshire law strongly protects this data. New Hampshire's commitment to the security and privacy of this information gives me confidence as a voter that my personal information is secure and reflects the serious degree to which New Hampshire respects voter privacy. This has become increasingly important to me both as a voter and a political organizer in the current national climate, where people in and aligned with the federal government have increasingly called for and even moved to punish groups and individuals they see as political enemies.

9.      Furthermore, I am concerned that the Department of Justice's efforts undercut my work with Kent Street. To start, many of our volunteers are alarmed and concerned by the prospect of an overbearing federal government gaining access to their personal information. I am concerned that Department of Justice's effort at mass data collection from New Hampshire voters discourages Kent Street Coalition's members from civic engagement for fear of retaliation or scrutiny. That concern has become acute in recent months, as the current presidential administration has made clear it is willing to weaponize personal data against people who disagree with it. For example, the current presidential administration recently unlawfully disclosed personal information about a New Jersey gubernatorial candidate, seemingly due to her political affiliation. I have felt this concern personally and while I remain committed to the work and mission of Kent Street Coalition,

I have become increasingly worried about the risk of retaliation or discrimination for my work given our current political climate.

10. Relatedly, the work I do at Kent Street depends upon faith in government and our institutions. Mobilizing voters is key to our success as an organization, but doing so will be more difficult if voters believe that participation in the public process will force them to sacrifice their privacy or subject them to retaliation. Permitting the federal government to invade the privacy of every New Hampshire voter—notwithstanding the clear protection of such data guaranteed by New Hampshire law—will therefore make it more difficult for our coalition to mobilize voters in pursuit of our mission.

11. Finally, I have grave doubts that the Department will adhere to proper privacy safeguards and laws if it secures New Hampshire's statewide voter registration list. I have been deeply concerned by public reporting that DOGE compromised the privacy of Social Security numbers for millions of Americans. Similarly, I have been concerned by other reports of federal agencies improperly sharing information with immigration officials, including at ICE. I therefore deeply worry that the Department will misuse this data—including my own—if it is permitted access to it.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed: 9/30/2025

*Louise P. Spencer*
Louise Spencer

4