# EXHIBIT E

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America,<br><br>　　*Plaintiff*,<br>v.<br><br>DAVID M. SCANLAN in his official capacity as Secretary of State for the State of New Hampshire, and the STATE OF NEW HAMPSHIRE,<br><br>　　*Defendants*. | Case No. 1:25-cv-00371-AJ |

## DECLARATION OF CHRISTOPHER COLE

1. I am a citizen of the United States, am competent to testify, and make this declaration based on my personal knowledge of the facts set forth below.

2. I have lived in New Hampshire since 1991 and resided in Portsmouth since 1999. I am registered to vote in Portsmouth.

3. I graduated from the University of New Hampshire in 1985 and from the Syracuse University College of Law in 1988. I subsequently clerked for Judge Richard J. Cardamone on the United States Court of Appeals for the Second Circuit. I briefly practiced at a large firm in New York before moving to New Hampshire, where I practiced law for over thirty years while also raising a family.

4. In addition to practicing law and raising a family with my spouse, I participated in various civic activities, including volunteer Board positions with various not-for-profit organizations, including as a Board member of the New Hampshire chapter of KidsVotingUSA, an organization then dedicated to the education of young people about their voting rights and the need for knowledge about, and engagement in, civic affairs and civic life.

5. In addition to that work, I have served as a volunteer poll observer for at least four elections. Every time I volunteer, I am sincerely moved watching other members of my community exercising their right to vote, sometimes for the first time. It is inspiring to me to see fellow citizens coming together to exercise their rights and to make their voices heard. I am also consistently impressed by the commitment and integrity of poll workers, who are scrupulous in running our elections and take seriously their commitment to protect the rights of voters.

6. My experience as a poll observer has also highlighted the importance of voter privacy. I have frequently witnessed voters registering at the polls or completing affidavit ballots, processes which require them to provide sensitive information to election officials; these voters have relied upon the integrity of election officials to ensure that information is secure and private. While New Hampshire no longer offers affidavit ballots, that same need for privacy will remain, as newly registering voters will be required to disclose sensitive and personal documents in order to register to vote. Guaranteeing the privacy of such information is critical to giving voters confidence in the electoral systems and making them comfortable participating in the electoral process.

7. My own confidence in the integrity of New Hampshire's electoral system is based in large part on my confidence in the dedicated local officials who administer them. Here in Portsmouth, for example, the local election administrator has been managing our elections in one capacity or another for roughly 40 years. Because I personally know her I have the utmost confidence that she will safeguard the secrecy of my ballot and registration data. It also means that I know precisely who to speak to should I have any concerns about the privacy of my data. Having served as an election observer for many years I have confidence election workers hold themselves to the highest standards and know that they will be accountable to their friends and neighbors. This

is a typical experience across New Hampshire, where elections are managed at an uncommonly local level, which forges a great deal of trust in a state where there is a deeply rooted independent streak.

8. I understand that the Department of Justice's complaint against the State of New Hampshire in this action seeks from the State of New Hampshire its complete and unredacted statewide voter registration list, and including the driver's license numbers, dates of birth and at least partial social security numbers of all registered voters. The Department of Justice is seeking this information even though New Hampshire's Constitution and laws forbid public disclosure of these records and even though New Hampshire has secure elections with exceptionally high rates of voter participation.

9. The Justice Department's demand for this information has given me grave and serious concerns about whether the privacy of this information will be maintained and whether it will be used for proper purposes, both as to my own information and my fellow New Hampshire residents and voters.

10. This concern is based in large on the current presidential administration's misuse and improper maintenance of sensitive personal data. In recent weeks, for example, the administration appears to have facilitated the improper release of highly personal information about New Jersey gubernatorial candidate Mikie Sherrill, including her Social Security number. I am deeply concerned that my personal data, including Social Security information, would be in hands of the Department of Justice, particularly since they have not set forth a good reason for needing this information. The Department of Justice has also recently used its authority to take retaliatory action against members of the legal community who have publicly opposed the

president, which disturbs me as a member of the bar who has taken public stances against the president on a number of occasions.

11. For example, in 2021 I wrote an editorial titled, "Don't Support Candidates Who Embrace the Big Lie" in which I criticized attorneys for the Trump campaign including Sidney Powell, Lin Wood, and Howard Kleinhendler. I described Trump's legal team as incompetent and their lawyering as "bad and perhaps unethical." I wrote an editorial in 2024 defending efforts to block Donald Trump from appearing on the ballots in Colorado and Maine. While my efforts have occurred at a very local level, it has been upsetting watching the current Justice Department target attorneys like James Comey and Leticia James. If the state of New Hampshire were to turn personal data over to the Department of Justice, I am concerned that it could be used against me, or other New Hampshire residents, in a similar fashion.

12. The Justice Department's thinly reasoned efforts to compel the production of voter data does not give me confidence that it is, or will be, respecting federal and state privacy laws, both as to me and as to other New Hampshire voters. Among other things, I am concerned by the Department's failure to specifically describe the compelling need for such expansive voter data; about its misleading claims about integrity of New Hampshire's elections; and about its suggestion that the State of New Hampshire has acted in violation of the law in respect to voter registration and reporting. In particular, I am worried about the Department's attempt to portray New Hampshire's high voter registration and turnout rates as a basis for suspicion, rather than as something to celebrate.

13. I declare under the penalty of perjury that the foregoing is true and correct.

Executed: 9/30/2025

*Christopher Cole*
Christopher Cole