IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-cv-371-AJ ) |
| DAVID M. SCANLAN in his official capacity as Secretary of State for the State of New Hampshire, and the STATE OF NEW HAMPSHIRE. | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

### MOTION FOR A STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS

Plaintiff the United States of America hereby moves for a stay in the above-captioned case.

1. At the end of the day on September 30, 2025, appropriations to the Department of Justice lapsed. The same is true for several other Executive agencies, including the federal Plaintiff United States of America. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Plaintiff United States of America are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the entire case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations (i.e., each deadline would be extended by the total number of days of the lapse in appropriations).

5. Opposing counsel has authorized counsel for the Government to state that they have no objection to this motion.

6. Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the entire case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: October 1, 2025

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

MICHAEL E. GATES
Deputy Assistant Attorney General
Civil Rights Division

　/s/ Brittany E. Bennett　
MAUREEN S. RIORDAN
TIMOTHY F. MELLETT
JAMES THOMAS TUCKER
BRITTANY E. BENNETT
Attorneys, Voting Section
Civil Rights Division
950 Pennsylvania Avenue 4CON
Washington, DC 20530
Maureen.Riordan2@usdoj.gov
Timothy.F.Mellett@usdoj.gov
James.T.Tucker@usdoj.gov
Brittany.Bennett@usdoj.gov
Tel. (202) 307-2767
Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ James Thomas Tucker*
James Thomas Tucker
