IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-371-AJ |
| DAVID M. SCANLAN in his official capacity as Secretary of State for the State of New Hampshire, and the STATE OF NEW HAMPSHIRE. | ) |
| Defendants. | ) |

## PROPOSED ORDER GRANTING MOTION FOR A STAY OF ACTION IN LIGHT OF LAPSE OF APPROPRIATIONS

Before this Court is the United States of America's Motion for Stay of Action in Light of Lapse of Appropriations. As at the end of the day on September 30, 2025, appropriations to the Department of Justice lapsed. The Department does not know when funding will be restored by Congress. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Defendants have no OPPOSITION TO THE Motion to Stay.

IT IS SO ORDERED that Plaintiff's Motion to Stay in Light of Lapse in Appropriations is GRANTED.

IT IS FURTHER ORDERED that all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations (i.e., each deadline would be extended by the total number of days of the lapse in appropriations).

DATED: October 1, 2025

_____

District Court Judge