# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

United States of America

*Plaintiff*

v.

David M. Scanlan, in his official capacity as Secretary of State for the State of New Hampshire, and the State of New Hampshire

*Defendant*

Case No. 1:25-cv-00371-AJ

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
David M. Scanlan, in his official capacity as Secretary of State for the State of New Hampshire, and the State of New Hampshire

Date: 12/2/2025

/s/Mary A. Triick
*Attorney's signature*

Mary A. Triick 277277
*Printed name and bar number*

1 Granite Place South
Concord, NH 03301
*Address*

Mary.A.Triick@doj.nh.gov
*E-mail address*

(603) 271-3658
*Telephone number*

(603) 271-2110
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

12/2/2025

Date

/s/Mary A. Triick

Signature