UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. SCANLAN in his official capacity as Secretary of State for the State of New Hampshire, and the STATE OF NEW HAMPSHIRE,<br><br>Defendants. | CASE NO: 1:25-cv-00371-AJ<br><br>**NOTICE OF NO POSITION TO MOTION TO INTERVENE** |

### NOTICE OF NO POSITION ON MOTION TO INTERVENE BY ROBERT "BOB" PERRY, LOUISE SPENCER, AND CHRISTOPHER COLE (DOC. 6)

On September 30, 2025, Robert "Bob" Perry, Louise Spencer, and Christopher Cole ("Proposed Intervenors") filed their Motion to Intervene (Doc. 6). While the United States initially opposed the Motion to Intervene and filed its response, the United States notifies the Court that it now takes no position on the Proposed Intervenors' Motion to Intervene or the proposed Intervenors' request for leave to file a Reply (Doc. 20).

DATED: December 15, 2025

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

/s/ *Brittany E. Bennett*
TIMOTHY F. MELLETT
JAMES THOMAS TUCKER
BRITTANY E. BENNETT
Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Timothy.F.Mellett@usdoj.gov
James.T.Tucker@usdoj.gov
Brittany.Bennett@usdoj.gov
Tel. (202) 307-2767
Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Brittany E. Bennett*
Brittany E. Bennett
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov