**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
*************************************
United States of America,            *
                                     *
            Plaintiff,               *
      v.                             *     Civil No. 1:25-cv-00371-AJ
                                     *
David M. Scanlan, in his official capacity *
as Secretary of State for the        *
State of New Hampshire,              *
 and the State of New Hampshire,     *
                                     *
            Defendants.              *
                                     *
*************************************
```

## DEFENDANTS' ASSENTED-TO MOTION TO EXTEND DEADLINES AND FOR ADDITIONAL PAGES

Defendants David M. Scanlan, in his official capacity as Secretary of State for the State of New Hampshire, and the State of New Hampshire, by and through their counsel, the New Hampshire Office of the Attorney General, hereby move this Court for an assented-to extension of time to file its responsive pleading in this matter, as well as an extension of not to exceed ten (10) pages on its briefing, stating as follows:

On or about September 29, 2025, Plaintiff filed its complaint in this matter. (ECF Doc. No. 1).

On or about October 1, 2025, Plaintiff moved to stay this matter due to a lapse in appropriations. (ECF Doc. 12)

On or about December 3, 2025, Defendants returned the Waiver of Service for both named Defendants in this action.

On January 16, 2026, counsel for Defendants sent an email to Plaintiff's counsel requesting their position on Defendants' request for an additional 14 days to file their responsive

pleading, and for additional pages (not to exceed 10) beyond the page limit for their filing. Plaintiff's counsel responded, assenting to Defendants' requests.

On January 21, 2026, counsel for Defendants sent an email to Intervenors' counsel requesting their position on Defendants' request for an additional 14 days to file their responsive pleading, and for additional pages (not to exceed 10) beyond the page limit for their filing. Counsel for Intervenors assented to Defendants' requests.

WHEREFORE, the Defendants respectfully request this Honorable Court:

1. Grant this assented-to Motion to Extend the deadline to file a responsive pleading in this matter to February 9, 2026;
2. Grant this assented-to request for additional not-to-exceed ten pages in Defendants' responsive pleading;
3. Grant such further relief as justice may require.

Respectfully submitted,

David M. Scanlan, in his official capacity as Secretary of State for the State of New Hampshire, and the State of New Hampshire

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: January 23, 2026

/s/ James H. Holl
James H. Holl, Bar #279633
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
James.H.Holl@doj.nh.gov

- 3 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent by ECF on January 23, 2026 to counsel of record.

                                  /s/ James H. Holl
                                  James H. Holl