# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA,

     *Plaintiff,*

v.

DAVID M. SCANLAN in his official
capacity as Secretary of State for the State of
New Hampshire, and the STATE OF NEW
HAMPSHIRE,

     *Defendants.*

Case No. 1:25-cv-00371-AJ

---

## INTERVENOR-DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Intervenors Neal Kurk, Robert "Bob" Perry, Louise Spencer, and Christopher Cole move for an extension of time to respond to Plaintiff's complaint in this matter if the Court grants State Defendants' unopposed motion for that same extension to file a responsive pleading in this matter by February 9, 2026.

State Defendants have filed an unopposed motion for an extension of the January 23, 2026 response deadline. *See* Mot. to Extend Deadlines, ECF No. 28 (requesting deadline of February 9, 2026); *see also* Waivers of Service, ECF Nos. 17, 18 (noting response deadline 60 days from November 24, 2025). Intervenor-Defendants believe that all responses to Plaintiff's complaint should be heard on the same briefing schedule. Intervenor-Defendants therefore ask that, if the Court grants State Defendants' unopposed extension motion, the Court also grant the extension of time to Intervenor-Defendants.

No memorandum of law is required or necessary because the relief sought is contained in the body of this motion and is within the discretion of the Court.

1

No party opposes this motion. Granting this Motion will not result in the continuance of any conference, hearing or trial date.

For those reasons, Intervenors respectfully request that this Honorable Court GRANT their Motion for Extension of Time.

Dated: January 23, 2026

Respectfully submitted,

*/s/ Steven J. Dutton*

Steven J. Dutton, NH Bar No. 17101
**McLANE MIDDLETON, P.A.**
900 Elm Street
Manchester, New Hampshire 03101
Telephone: (603) 625-6464
steven.dutton@mclane.com

Paul Twomey, NH Bar No. 2589
**TWOMEY LAW OFFICE**
PO Box 623
Epsom, New Hampshire 03234
Telephone: (603) 568-3254
polotuama7@gmail.com

Elisabeth C. Frost*
David R. Fox*
Christopher D. Dodge*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
efrost@elias.law
dfox@elias.law
cdodge@elias.law
mmcqueen@elias.law

Walker McKusick*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
(206) 656-0177
wmckusick@elias.law

*Counsel for Intervenor-Defendants*

\* *Admitted Pro Hac Vice*

## LOCAL RULE 7.1(C) CERTIFICATION

Intervenors made a good-faith attempt to obtain concurrence from both the Plaintiff and the named Defendants as to the relief sought in this Motion. The Plaintiff and named Defendants both concurred.

*/s/ Steven J. Dutton*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026 the foregoing document was served via ECF filing on all counsel of record.

*/s/ Steven J. Dutton*