IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DAVID M. SCANLAN in his official capacity as Secretary of State for the State of New Hampshire, and the STATE OF NEW HAMPSHIRE,<br><br>*Defendants*. | Case No. 1:25-cv-00371 (AJ) |

**DEMOCRATIC NATIONAL COMMITTEE'S
MOTION FOR LEAVE TO FILE AN AMICUS BRIEF**

NOW COME proposed amicus curiae the Democratic National Committee (DNC), by and through counsel, and moves for leave to submit an amicus brief in support of Defendants' motion to dismiss, ECF No. 32.

WHEREFORE, for the reasons stated in the attached memorandum of law, the DNC respectfully requests that this Court GRANT its motion for leave to submit an amicus brief and DIRECT the clerk to docket the proposed brief attached hereto.

Respectfully submitted,                                                February 9, 2026

*/s/ Robin D. Melone*
Robin D. Melone (NH Bar No. 16475)
Pastori | Krans, PLLC
82 North Main Street, Suite B
Concord, NH 03301
(603) 369-4769
rmelone@pastorikrans.com

*/s/ Daniel J. Freeman*
Daniel J. Freeman* (NY Bar No. 4582037)
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
(202) 863-8000
freemand@dnc.org

\* Pro Hac Vice Motion Forthcoming

1

## **LOCAL RULE 7.1(c) CERTIFICATION**

The Democratic National Committee has made a good-faith attempt to obtain concurrence from all parties. The United States takes no position, and Intervenor-Defendants consent. The State of New Hampshire takes no position.

Dated: February 9, 2026                         */s/ Robin D. Melone*
                                                Robin D. Melone


## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this, the 9th day of February 2026, the foregoing document was submitted for filing through the ECF system. The document will be sent electronically to the registered participants and paper copies will be served via first class mail on non-registered participants.

Dated: February 9, 2026                         */s/ Robin D. Melone*
                                                Robin D. Melone