# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> DAVID M. SCANLAN in his official capacity as Secretary of State for the State of New Hampshire, and the STATE OF NEW HAMPSHIRE, <br><br> *Defendants*. | Case No. 1:25-cv-00371 (AJ) |

## MOTION TO ADMIT DANIEL J. FREEMAN, *PRO HAC VICE*

Proposed Amicus Curiae the Democratic National Committee respectfully moves for admission of Daniel J. Freeman, *pro hac vice*, pursuant to Local Rule 83.2(b).  In support of this motion, proposed intervenors state:

1.   The attached supporting affidavit, pursuant to Local Rule 83.2(b)(1), attests that Mr. Freeman is a member in good standing of the Bars of the State of New York, the District of Columbia, the U.S. Supreme Court, the United States Court of Appeals for the Ninth Circuit, and the U.S. District Courts for Southern District of New York, Northern District of New York, Western District of Michigan, Western District of Wisconsin, the District of Columbia, the Central District of Illinois, and the District of Colorado.  Mr. Freeman is not currently suspended or disbarred in any jurisdiction, and there are no previous or pending disciplinary proceedings against him in any state or federal court. Mr. Freeman has no prior felony or misdemeanor criminal convictions. Lastly, he has never been denied an application for admission pro hac vice, nor has any court ever revoked such status.

2.  Pursuant to Local Rule 83.2(b)(2), the fee for admission is being paid simultaneously with the filing of this motion.

3.  This motion is supported entirely by the accompanying affidavit and the points made above, and therefore does not require a memorandum pursuant to Local Rule 7.1(a)(2).

WHEREFORE, Proposed Amicus Curiae respectfully requests that the Court admit Daniel J. Freeman, *pro hac vice*

Dated: February 9, 2026

Respectfully submitted,

*Counsel for the Democratic National Committee*

*/s/ Robin Melone*
Robin D. Melone (NH Bar No. 16475)
Pastori | Krans, PLLC
82 North Main Street, Suite B
Concord, NH 03301
(603) 369-4769
rmelone@pastorikrans.com

## LOCAL RULE 7.1(c) CERTIFICATION

The Democratic National Committee has made a good-faith attempt to obtain concurrence from all parties. The United States takes no position, and Intervenor-Defendants consent. The State of New Hampshire takes no position.

Dated: February 9, 2026            */s/ Robin D. Melone*
                                   Robin D. Melone

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this, the 9th day of February 2026, the foregoing document was submitted for filing through the ECF system. The document will be sent electronically to the registered participants and paper copies will be served via first class mail on non-registered participants.

Dated: February 9, 2026            */s/ Robin D. Melone*
                                   Robin D. Melone