# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DAVID M. SCANLAN in his official capacity as Secretary of State for the State of New Hampshire, and the STATE OF NEW HAMPSHIRE,<br><br>*Defendants*. | Case No. 1:25-cv-00371 (AJ) |

### DECLARATION OF DANIEL J. FREEMAN
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Daniel J. Freeman, do hereby declare as follows:

1. My office address, email address, and telephone number are as follows:

    Democratic National Committee
    430 Capitol South SE
    Washington, DC 20003
    freemand@dnc.org
    (202) 863-8000

2. I am admitted to practice in the following courts:

    a. New York (2008)

    b. District of Columbia (2025)

    c. U.S. Supreme Court (2013)

    d. U.S. Court of Appeals for the Ninth Circuit (2010)

    e. U.S. District Court for the Southern District of New York (2008)

    f. U.S. District Court for the Northern District of New York (2021)

    g. U.S. District Court for the Western District of Wisconsin (2025)

    h. U.S. District Court for the Western District of Michigan (2025)

      i. U.S. District Court for the District of Columbia (2026)

      j. U.S. District Court for the Central District of Illinois (2026)

      k. U.S. District Court for the District of Colorado (2026)

3. I am in good standing and eligible to practice in the above-listed courts.

4. I am not currently suspended or disbarred in any jurisdiction.

5. I have never been denied admission to practice before any court. There are no previously imposed or pending disciplinary matters in which I am involved. I do not have any prior felony or misdemeanor criminal convictions.

6. I do not have any prior denials or revocations of pro hac vice status in any court.

I declare under penalty of perjury that the foregoing is true and accurate.

Respectfully submitted,

Dated: February 9, 2026

*/s/ Daniel J. Freeman*
Daniel J. Freeman
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
(202) 863-8000
freemand@dnc.org

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this, the 9th day of February 2026, the foregoing document was submitted for filing through the ECF system. The document will be sent electronically to the registered participants and paper copies will be served via first class mail on non-registered participants.


Dated: February 9, 2026                              */s/ Robin D. Melone*
                                                                          Robin D. Melone