UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
************************************
United States of America,              *
                                       *
           Plaintiff,                  *
    v.                                 *    Civil No. 1:25-cv-00371-AJ
                                       *
David M. Scanlan, in his official capacity *
as Secretary of State for the          *
State of New Hampshire,                *
 and the State of New Hampshire,       *
                                       *
           Defendants.                 *
                                       *
************************************
```

## DEFENDANTS' MOTION TO EXTEND DEADLINE

Defendants, David M. Scanlan, in his official capacity as Secretary of State for the State of New Hampshire and the State of New Hampshire, by and through their counsel, the New Hampshire Office of the Attorney General, hereby move this Court for an extension of time to file its brief in response to Plaintiff's Motion to Compel Production of Records, pursuant to 52 U.S.C. Section 20701, stating as follows:

On or about September 29, 2025, Plaintiff filed its complaint in this matter. (ECF Doc. No. 1).

On or about October 1, 2025, Plaintiff moved to stay this matter due to a lapse in appropriations. (ECF Doc. 12)

On or about December 3, 2025, Defendants returned the Waiver of Service for both named Defendants in this action.

On or about January 29, 2026, Plaintiff filed its Motion to Compel Records Pursuant to 52 U.S.C. Section 20701. (ECF Doc. 31)

On or about February 6, 2026, Defendants filed their Motion to Dismiss Plaintiff's Complaint.

On February 9, 2026, counsel for Defendants emailed Plaintiff's counsel and counsel for the intervenor regarding their position on Defendants' request for an additional 21 days to respond to Plaintiff's Motion to Compel Documents.

To date, counsel for the Plaintiff has not responded to Defendants' request for an extension of time to respond to the motion to compel. Counsel for the Intervenors consented to Defendants' request.

WHEREFORE, the Defendants respectfully request this Honorable Court:

1. Grant this Motion to Extend the deadline to file an objection to Plaintiff's Motion to Compel Documents, to March 5, 2026;

2. Grant such further relief as justice may require.

Respectfully submitted,

David M. Scanlan, in his official capacity as Secretary of State for the State of New Hampshire, and the State of New Hampshire

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: February 11, 2026

/s/ James H. Holl
James H. Holl, Bar #279633
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
James.H.Holl@doj.nh.gov

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent by ECF on February 11, 2026, to counsel of record.

                              /s/ James H. Holl
                              James H. Holl