**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

UNITED STATES OF AMERICA,

     *Plaintiff,*

v.

DAVID M. SCANLAN in his official
capacity as Secretary of State for the State of
New Hampshire, and the STATE OF NEW
HAMPSHIRE,

     *Defendants.*

Case No. 1:25-cv-00371-AJ

---

## VOTER INTERVENORS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Plaintiff filed a motion to compel on January 29, 2026. *See* ECF No. 31. Responses to that motion are presently due on February 12, 2026 under the default 14-day response deadline. On February 11, 2026, the named Defendants in this matter filed a motion to extend their response deadline by 21 days to March 5, 2026. *See* ECF No. 38. In correspondence, counsel for Defendants indicated that the extension request was warranted due to ongoing trial proceedings in *Coalition for Open Democracy, et al. v. Scanlan, et al.*, Case No. 24-cv-312-SE (D.N.H.), which counsel for the Kurk Intervenor-Defendants are also participating in.

In view of the foregoing, Intervenors Neal Kurk, Robert "Bob" Perry, Louise Spencer, and Christopher Cole ("Voter Intervenors") respectfully ask that, if the Court grants the named Defendants' request to move their motion to compel response deadline to March 5, 2026, it likewise grant an identical extension to the Voter Intervenors. Doing so will ensure that briefing on Plaintiffs' motion to compel is completed on a harmonized schedule, rather than in piecemeal

1

fashion. Voter Intervenors' counsel's participation in the ongoing *Coalition for Open Democracy* trial before another court in this district provides further good cause for this request.

No memorandum of law is required or necessary because the relief sought is contained in the body of this motion and is within the discretion of the Court. Granting this Motion will not result in the continuance of any conference, hearing or trial date.

Plaintiff did not respond to several emails from counsel for the named Defendants and Voter Intervenors regarding this motion, and Voter Intervenors are therefore unable to report their position on the motion. The named Defendants consent to this motion.

For those reasons, Voter Intervenors respectfully request that this Honorable Court GRANT their motion to extend their time to respond to the motion to compel (ECF No. 38) to March 5, 2026, if the Court grants a similar extension to the named Defendants.

Dated: February 11, 2026

Respectfully submitted,

*/s/ Steven J. Dutton*

Steven J. Dutton, NH Bar No. 17101
**McLANE MIDDLETON, P.A.**
900 Elm Street
Manchester, New Hampshire 03101
Telephone: (603) 625-6464
steven.dutton@mclane.com

Paul Twomey, NH Bar No. 2589
**TWOMEY LAW OFFICE**
PO Box 623
Epsom, New Hampshire 03234
Telephone: (603) 568-3254
polotuama7@gmail.com

Elisabeth C. Frost*
David R. Fox*
Christopher D. Dodge*
Marcos Mocine-McQueen*

2

**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
efrost@elias.law
dfox@elias.law
cdodge@elias.law
mmcqueen@elias.law

Walker McKusick*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
(206) 656-0177
wmckusick@elias.law

*Counsel for Intervenor-Defendants*

*\* Admitted Pro Hac Vice*

## LOCAL RULE 7.1(C) CERTIFICATION

Voter Intervenors made a good-faith attempt to obtain concurrence from both the Plaintiff and the named Defendants as to the relief sought in this Motion. Plaintiff did not respond to requests for its position on this motion. The named Defendants consent.

*/s/ Steven J. Dutton*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026 the foregoing document was served via ECF filing on all counsel of record.

*/s/ Steven J. Dutton*