UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

USA
v.

Civil No. 25-cv-00371-AJ

NH Secretary of State et al

RECUSAL ORER

    I hereby recuse myself from this case.  This case shall be assigned to another judge.

 SO ORDERED.

February 18, 2026

_____
Andrea K. Johnstone
United States Magistrate Judge

cc:    All counsel of record