# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
*************************************
United States of America,             *
                                      *
          Plaintiff,                  *
     v.                               *    Civil No. 1:25-cv-00371-JL
                                      *
David M. Scanlan, in his official capacity *
as Secretary of State for the         *
State of New Hampshire,               *
 and the State of New Hampshire,      *
                                      *
          Defendants.                 *
                                      *
*************************************
```

## DEFENDANTS' MOTION TO EXTEND DEADLINE

Defendants, David M. Scanlan, in his official capacity as Secretary of State for the State of New Hampshire and the State of New Hampshire, by and through their counsel, the New Hampshire Office of the Attorney General, hereby move this Court for an extension of time to file its reply brief in response to Plaintiff's Consolidated Opposition to Defendants' and Intervenor-Defendants' Motion to Dismiss, stating as follows:

On or about September 29, 2025, Plaintiff filed its complaint in this matter. (ECF Doc. No. 1).

On or about October 1, 2025, Plaintiff moved to stay this matter due to a lapse in appropriations. (ECF Doc. 12)

On or about December 3, 2025, Defendants returned the Waiver of Service for both named Defendants in this action.

On or about January 29, 2026, Plaintiff filed its Motion to Compel Records Pursuant to 52 U.S.C. Section 20701. (ECF Doc. 31)

- 2 -

On or about February 6, 2026, Defendants filed their Motion to Dismiss Plaintiff's Complaint.

Plaintiff filed their Consolidated Opposition to Defendants' Motion to Dismiss and Intervenor-Defendants' Motion to Dismiss on February 20, 2026.

Due to the press of other matters, depositions, and previously scheduled leave, counsel for Defendants require an additional 14 days to file their reply.

On February 26, 2026, counsel for Defendants emailed Plaintiff's counsel and counsel for the intervenor regarding their position on Defendants' request for an additional 14 days to reply to Plaintiff's Consolidated Opposition to Defendants' Motion to Dismiss.

To date, counsel for the Plaintiff has not responded to Defendants' request for an extension of time to respond to the motion to compel. Counsel for the Intervenors consented to Defendants' request.

WHEREFORE, the Defendants respectfully request this Honorable Court:

1. Grant this Motion to Extend the deadline to file a reply to Plaintiff's Opposition to Defendants' Motion to Dismiss to March 13, 2026;
2. Grant such further relief as justice may require.

                              Respectfully submitted,

                              David M. Scanlan, in his official capacity as Secretary of State for the State of New Hampshire, and the State of New Hampshire

                              By their attorney,

                              THE OFFICE OF THE ATTORNEY GENERAL

Dated: February 27, 2026         /s/ James H. Holl
                              James H. Holl, Bar #279633
                              Assistant Attorney General
                              Civil Bureau
                              NH Department of Justice
                              1 Granite Place South
                              Concord, NH 03301
                              James.H.Holl@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF on February 27, 2026, to counsel of record.

                              /s/ James H. Holl
                              James H. Holl