USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-00371-JL |
| David M. Scanlan, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ACLU of New Hampshire and League of Women Voters of New Hampshire .

Date:  03/02/2026

/s/ Patrick Berry
*Attorney's signature*

Patrick Berry
*Printed name and bar number*

Brennan Center for Justice at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271

*Address*

berryp@brennan.law.nyu.edu
*E-mail address*

(646) 292-8310
*Telephone number*

(212) 463-7308
*FAX number*