**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DAVID M. SCANLAN in his official capacity as Secretary of State for the State of New Hampshire, and the STATE OF NEW HAMPSHIRE,<br><br>*Defendants.* | Case No. 1:25-cv-00371-JL |

## VOTER INTERVENORS' NOTICE OF SUPPLEMENTAL AUTHORITY

Intervenors Neal Kurk, Robert "Bob" Perry, Louise Spencer, and Christopher Cole ("Voter Intervenors") respectfully provide the Court notice of supplemental authority supporting Voter Intervenors' pending Motion to Dismiss. *See* ECF No. 37. Today, in DOJ's parallel suit against Secretary Galvin of the Commonwealth of Massachusetts, Judge Sorokin entered an Order dismissing DOJ's complaint on the ground that DOJ failed to state any basis for its demand as required by Title III of the CRA. *See* Order, *United States v. Galvin*, No. 1:25-cv-13816-LTS (D. Mass. Apr. 9, 2026), ECF No. 92 (attached hereto as Exhibit A).

Across the country, four courts have now dismissed DOJ's complaints in these matters; not one court has found DOJ to have stated a valid claim. Judge Sorokin's conclusion in *Galvin* reinforces the point that DOJ lacks a meaningful basis for investigating any of the 30 states (plus D.C.) that it has sued based on substantially identical allegations.

1

Dated: April 9, 2026

Respectfully submitted,

*/s/ Steven J. Dutton*
Steven J. Dutton, NH Bar No. 17101
**McLANE MIDDLETON, P.A.**
900 Elm Street
Manchester, New Hampshire 03101
Telephone: (603) 625-6464
steven.dutton@mclane.com

Paul Twomey, NH Bar No. 2589
**TWOMEY LAW OFFICE**
PO Box 623
Epsom, New Hampshire 03234
Telephone: (603) 568-3254
polotuama7@gmail.com

Elisabeth C. Frost*
David R. Fox*
Christopher D. Dodge*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
efrost@elias.law
dfox@elias.law
cdodge@elias.law
mmcqueen@elias.law

Walker McKusick*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
wmckusick@elias.law

*Counsel for Intervenor-Defendants*

* *Admitted Pro Hac Vice*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, the foregoing document was served via ECF filing on all counsel of record.

/s/ Steven J. Dutton