UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. SCANLAN in his official capacity as Secretary of State for the State of New Hampshire, and the STATE OF NEW HAMPSHIRE,<br><br>Defendants. | CASE NO: 1:25-cv-00371-AJ<br><br><br>NOTICE OF NO POSITION<br><br>MOTION FOR LIMITED INTERVENTION BY DANIEL HALL |

## **NOTICE OF NO POSITION**

Plaintiff UNITED STATES hereby states that it takes NO POSITION with respect to the Motion to Intervene of movant DANIEL HALL filed on February 13, 2026. Dkt. 40.

This notice is submitted to inform the Court that Plaintiff UNITED STATES neither supports nor opposes the relief requested in the motion.


Dated: April 13, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ *John R. Casali*
JOHN R. CASALI
BRITTANY E. BENNETT
JAMES THOMAS TUCKER
Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.135
Washington, D.C. 20002
John.Casali@usdoj.gov

Tel. (202) 316-8087

*Attorneys for the United States*