**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

DAVID M. SCANLAN in his official
capacity as Secretary of State for the State of
New Hampshire, and the STATE OF NEW
HAMPSHIRE,

    *Defendants.*

Case No. 1:25-cv-00371-JL

## VOTER INTERVENORS' NOTICE OF SUPPLEMENTAL AUTHORITY

Intervenors Neal Kurk, Robert "Bob" Perry, Louise Spencer, and Christopher Cole ("Voter Intervenors") respectfully provide the Court notice of supplemental authority supporting Voter Intervenors' pending Motion to Dismiss. *See* ECF No. 37. Today, in DOJ's parallel suit against Secretary Amore of the State of Rhode Island, the district court entered an Order dismissing DOJ's complaint on the grounds that DOJ failed to state a basis and sufficient purpose for its demand as required by Title III of the CRA. *See* Order, *United States v. Amore*, No. 1:25-cv-00639-MSM-PAS (D.R.I. Apr. 17, 2026), ECF No. 51 (attached hereto as Exhibit A); *see also* Voter Intervenors' Reply in Supp. of Mot. to Dismiss, ECF No. 53 at 5–8. The district court also rejected DOJ's request to "cure" the problems with its initial demand letter, explaining that the letter "lacks a legally sufficient purpose" and therefore cannot be cured. Ex. A, at 13.

Five courts have now dismissed DOJ's complaints in these matters, whereas not one has found it to have stated a valid claim.

1

Dated: April 17, 2026

Respectfully submitted,

*/s/ Steven J. Dutton*
Steven J. Dutton, NH Bar No. 17101
**McLANE MIDDLETON, P.A.**
900 Elm Street
Manchester, New Hampshire 03101
Telephone: (603) 625-6464
steven.dutton@mclane.com

Paul Twomey, NH Bar No. 2589
**TWOMEY LAW OFFICE**
PO Box 623
Epsom, New Hampshire 03234
Telephone: (603) 568-3254
polotuama7@gmail.com

Elisabeth C. Frost*
David R. Fox*
Christopher D. Dodge*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
efrost@elias.law
dfox@elias.law
cdodge@elias.law
mmcqueen@elias.law

Walker McKusick*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
wmckusick@elias.law

*Counsel for Intervenor-Defendants*

* *Admitted Pro Hac Vice*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, the foregoing document was served via ECF filing on all counsel of record.

/s/ Steven J. Dutton