UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. SCANLAN in his official capacity as Secretary of State for the State of New Hampshire, and the STATE OF NEW HAMPSHIRE,<br><br>Defendants. | CASE NO: 1:25-cv-00371-JL |

## UNITED STATES' MOTION TO WITHDRAW DOCUMENT

The United States respectfully moves to withdraw its filing, with the docket text description of Notice of Supplemental Authority, entered on May 15, 2026, Dkt. 77. The Notice was filed in error and was not intended for filing in this matter. The United States respectfully requests that the Court withdraw Dkt. 77 from the docket. The intended filing is currently Dkt. 78.

DATED: May 16, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ *Brittany E. Bennett*
JAMES THOMAS TUCKER
BRITTANY E. BENNETT
JOHN CASALI
Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
James.T.Tucker@usdoj.gov
Brittany.Bennett@usdoj.gov
John.Casali@usdoj.gov
Tel. (202) 704-5430
Attorneys for the United States

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2026, a true and correct copy of the foregoing document

was served via the Court's ECF system to all counsel of record.

/s/ *Brittany E. Bennett*
Brittany E. Bennett
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov

2