**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

UNITED STATES OF AMERICA,

   *Plaintiff*,

v.

DAVID M. SCANLAN in his official
capacity as Secretary of State for the
State of New Hampshire, and the
STATE OF NEW HAMPSHIRE,

*Defendants*.
Case No. 1:25-cv-00371-JL

## VOTER INTERVENORS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Intervenors Neal Kurk, Robert "Bob" Perry, Louise Spencer, and Christopher Cole ("Voter Intervenors") respectfully provide the Court notice of supplemental authority supporting their pending Motion to Dismiss. *See* ECF No. 37 (Mot. to Dismiss); ECF No. 37-1 (Mem. Supp. Mot. to Dismiss).

Yesterday, two federal district courts dismissed DOJ's parallel suits seeking Maine and Wisconsin's unredacted statewide voter registration lists (VRLs). *See* Order, *United States v. Bellows*, --- F. Supp. 3d ---, No. 1:25-cv-00468, 2026 WL 1430481 (D. Me. May 21, 2026); Op. and Order, *United States v. Wis. Elections Comm'n*, --- F. Supp. 3d ---, No. 25-cv-1036, 2026 WL 1430354 (W.D. Wis. May 21, 2026).

*Bellows* dismissed DOJ's complaint seeking Maine's unredacted VRL, joining several other courts in holding that a VRL "is not a record that comes into the possession of state

officials" under Title III of the CRA. 2026 WL 1430481, at *6–7 (citing *United States v. Benson*, 819 F.

Supp. 3d 753, 768 (W.D. Mich. Feb. 10, 2026), *argued*, No. 26-1225 (6th Cir. May 13, 2026) and *United States v. Fontes,* No. 2:26-cv-66, 2026 WL 1177244, at *3–7 (D. Ariz. Apr. 28, 2026)). The court also held that, even if the CRA could reach the VRL, assessing Maine's compliance with the NVRA's and HAVA's list maintenance provisions was not a proper purpose under the CRA, in light of the structure and text of the NVRA and HAVA, which "create a comprehensive scheme . . . for the enforcement of" their list maintenance requirements. *Id*. at *8. Especially relevant here is the Maine court's finding that "HAVA . . . contains specific provisions that govern its enforcement, which do not independently afford the United States access to a state's current, unredacted" VRL. *Id.* Those specific provisions "contain[] no disclosure provision at all." *Id.* at *9. While DOJ may bring a civil action under HAVA, *see id.* at *8 (citing 52 U.S.C. § 21111), in Maine, as in New Hampshire, DOJ "has filed a HAVA action in search of a HAVA violation, which is not the preferred order of things in the course of civil litigation." *Id.* at *9. These conclusions echo and buttress Voter Intervenors' arguments for dismissal of DOJ's claims under the CRA and HAVA. *See, e.g.*, ECF No. 37-1 at 10–17, 19–20.

 *Wisconsin Elections Commission* dismissed DOJ's complaint seeking Wisconsin's VRL, mirroring the *Bellows* court in holding that the CRA does not extend to such lists. *See* 2026 WL 1430354, at *3–5. The district court rejected arguments that DOJ advanced here, such as the claim that the phrase "come into . . . possession" in the CRA creates a "temporal" distinction. ECF No. 51 (Mem. Opp. Mots. to Dismiss) at 26; *contra Wis. Elections Comm'n*, 2026 WL 1430354, at *4.

It also observed that DOJ could not explain "what it means to 'retain' or 'preserve' a document like a voter registration list that is updated on a near-constant basis." *Wis. Elections Comm'n*, 2026  WL 1430354 at *5.

Eight federal courts have now dismissed DOJ's complaints in these matters, including three

2

in the First Circuit; not one has found it to have stated a valid claim. These decisions support Voter Intervenors' argument that DOJ's complaint must be dismissed as a matter of law.

Dated: May 22, 2026 Respectfully submitted,

/s/ Steven J. Dutton
Steven J. Dutton, NH Bar No. 17101
**McLANE MIDDLETON, P.A.**
900 Elm Street
Manchester, New Hampshire 03101
Telephone: (603) 625-6464
steven.dutton@mclane.com

Paul Twomey, NH Bar No. 2589
**TWOMEY LAW OFFICE**
PO Box 623
Epsom, New Hampshire 03234
Telephone: (603) 568-3254
polotuama7@gmail.com

Elisabeth C. Frost*
David R. Fox*
Christopher D. Dodge*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
efrost@elias.law
dfox@elias.law
cdodge@elias.law
mmcqueen@elias.law

Walker McKusick*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
wmckusick@elias.law

*Counsel for Intervenor-Defendants*
*\* Admitted Pro Hac Vice*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, the foregoing document was served via ECF filing on all counsel of record.

*/s/ Steven J. Dutton*

4