**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br><br> v. <br><br> DAVID M. SCANLAN in his official capacity as Secretary of State for the State of New Hampshire, and the STATE OF NEW HAMPSHIRE, <br><br><br> *Defendants*. | Case No. 1:25-cv-00371-JL |

## VOTER INTERVENORS' NOTICE OF SUPPLEMENTAL AUTHORITY

Intervenors Neal Kurk, Robert "Bob" Perry, Louise Spencer, and Christopher Cole ("Voter Intervenors") respectfully provide the Court notice of supplemental authority supporting their pending Motion to Dismiss. *See* ECF No. 37 (Mot. to Dismiss); ECF No. 37-1 (Mem. Supp. Mot. to Dismiss).

A federal court has dismissed DOJ's parallel suit seeking Maryland's unredacted statewide voter registration list and denied its motion to compel. *See United States v. DeMarinis*, No. 1:25-cv-03934, 2026 WL 1780586 (D. Md. June 18, 2026). The court first concluded that the Federal Rules of Civil Procedure applied to the case because the Civil Rights Act contains no provision specifying a different procedure to invoke the district court's jurisdiction. *Id.* at *3. It then joined four other federal courts in concluding that state voter registration lists do not constitute a record or paper that "come[s] into [the] possession" of the State and is subject to production pursuant to 52 U.S.C. § 20701. *See DeMarinis*, 2026 WL 1780586 at *4; *see also United States v. Bellows*, No. 1:25-cv-00468, 2026 WL 1340481 (D. Me. May 21, 2026), *appeal docketed*, No. 26-1676 (1st

1

Cir. June 15, 2026); *United States v. Wis. Elections Comm'n*, No. 25-cv-1036, 2026 WL 1430354 (W.D. Wis. May 21, 2026), *appeal docketed*, No. 26-02217 (7th Cir. June 5, 2026); *United States v. Benson*, 819 F. Supp. 3d 753 (W.D. Mich. 2026), *argued*, No. 26-1225 (6th Cir. May 13, 2026); *United States v. Fontes*, No. 2:26-cv-66, 2026 WL 1177244 (D. Ariz. Apr. 28, 2026), *appeal docketed*, No. 26-3609 (9th Cir. June 4, 2026). The court reasoned that interpreting § 20701 to cover the voter registration list would conflict with 52 U.S.C. § 20702, which criminalizes the alteration of any record or paper covered under § 20701, and would lead to the absurd result of criminalizing conduct required by HAVA. *DeMarinis*, 2026 WL 1780586, at *5. It therefore dismissed the case with prejudice. *Id.*

Nine federal courts have now dismissed DOJ's complaints in these matters, whereas not one has found it to have stated a valid claim.

Dated: June 22, 2026

Respectfully submitted,

*/s/ Steven J. Dutton*
Steven J. Dutton, NH Bar No. 17101
**McLANE MIDDLETON, P.A.**
900 Elm Street
Manchester, New Hampshire 03101
Telephone: (603) 625-6464
steven.dutton@mclane.com

Paul Twomey, NH Bar No. 2589
**TWOMEY LAW OFFICE**
PO Box 623
Epsom, New Hampshire 03234
Telephone: (603) 568-3254
polotuama7@gmail.com

Elisabeth C. Frost*
David R. Fox*
Christopher D. Dodge*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
efrost@elias.law
dfox@elias.law
cdodge@elias.law
mmcqueen@elias.law

Walker McKusick*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
wmckusick@elias.law

*Counsel for Intervenor-Defendants*
*\* Admitted Pro Hac Vice*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 22, 2026, the foregoing document was served via ECF filing on all counsel of record.

*/s/ Steven J. Dutton*