UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

     v.                                    Case No. 25-cv-371-JL

NH Secretary of State, et al.

JUDGMENT

In accordance with the Order by District Judge Joseph N. Laplante dated June 29, 2026, judgment is hereby entered.

By the Court:

_____
Tracy A. Uhrin
Clerk of Court

Date: June 30, 2026

cc:  Counsel of Record