IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. SCANLAN, *et al*.,<br><br>Defendant(s). | Case Number: 1:25-cv-00371-JL |

**NOTICE OF APPEAL**

Plaintiff, UNITED STATES OF AMERICA, by and through the Attorney General, appeals to the United States Court of Appeals for the First Circuit from this Court's Order Denying the United States' Motion to Compel and Granting Defendant's Motion to Dismiss and Intervenors' Motions to Dismiss (Doc. 86) and the District Court's entry of final judgment (Doc. 87). Doc. 86 was filed on June 29, 2026, and Doc. 87 was filed on June 30, 2026.

Dated: July 6, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General

ERIC V. NEFF
Acting Chief, Voting Section

/s/ John R. Casali
John R. Casali
James T. Tucker
Trial Attorney
Civil Rights Division

1

150 M Street, 8th Floor
Washington, D.C. 20002
(202) 316-8087
John.casali@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 6, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.


/s/ John R. Casali
John R. Casali
Trial Attorney
Civil Rights Division
150 M Street, 8th Floor
Washington, D.C. 20002
(202) 316-8087
John.casali@usdoj.gov

3